# EXHIBIT F



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF
HUMAN RESOURCES

May 3, 2018

Jonathan Mullane
1100 S. Miami Ave, Apt 2806
Miami, FL 33130

Dear Mr. Mullane:

This letter rescinds the U.S. Securities and Exchange Commission (SEC) initial invitation to participate in the Student Honors Program in the Miami Regional Office as a Student Honors Volunteer. The SEC previously sent you an invitation, dated February 28, 2018. It explained that, prior to confirming this volunteer opportunity, the SEC must perform certain clearances, including completing a satisfactory pre-appointment check and inquiry into your background, training, and suitability for the position.

Based upon our review, the SEC has decided to rescind your initial invitation, effective immediately. I regret that you will not be joining the SEC's team at this time.

Sincerely,

Stephen Brown
Assistant Director
Talent Acquisition Group
Office of Human Resources

# EXHIBIT G

 **ABA for Law Students** ✓
May 30, 2018 · 🌐

 👍 Like Page ···

Was this judge justified, here?



ABOVETHELAW.COM
**Judge Detonates Pro Se Law Student So Hard I Now Must Defend A Dumb Kid**

👍😂😮 20  12 Comments 6 Shares

👍 Like     💬 Comment     ↪ Share

Most Relevant ▼





facebook.com/search/str/"judge+detonates+pro+se"/keywords_blended_posts?f=Abr2D5tCcBTUy1u77Ss...

Apps finance - Google... Partnering Up Is B... (2) Miami Law Sch... sf-property-secur... Minimizing federal... Do Irrevocable Tru...

All Comments

Write a comment...

**Annasofia A. Roig** Genesis Martinez Nicole Bauta Federica Vergani Adrian Karborani

Like · Reply · 1y · Edited 2

**Shantell George** Mountain molehill on both sides. Next

Like · Reply · 1y

**Elizabeth F Gadsby** I don't think the judge was hard enough on the entitled little brat. Who would ever think that any part of what he did was okay?

Like · Reply · 1y 1

**Joseph Long** I am equally unimpressed with the writer of that article.

Like · Reply · 1y 3

**Robert Stanulis** Justified. I do not believe anything less would have been heard

Like · Reply · 1y

**Kyle Craig** Brandt Doerr really enjoyed this

Like · Reply · 1y 1

**Greg Geiger** Art lol

Like · Reply · 1y

Joseph Long I am equally unimpressed with the writer of that article.
Like · Reply · 1y

Robert Stanulis Justified. I do not believe anything less would have been heard
Like · Reply · 1y

Kyle Craig Brandt Doerr really enjoyed this
Like · Reply · 1y

Greg Geiger Art lol
Like · Reply · 1y

↳ 2 Replies

Stacy Nichole
😂
Like · Reply · 1y

Yasmean Norma Tamoor Jan Mahmood Tamoor Done.
Like · Reply · 1y

Tyler Beck Justified.
Like · Reply · 1y



Robert Stanulis Justified. I do not believe anything less would have been heard

Like · Reply · 1y

Kyle Craig Brandt Doerr really enjoyed this

Like · Reply · 1y

Greg Geiger Art lol

Like · Reply · 1y

    Art Parygin hahhaa! He's got a good chance of getting hired by POTUS down the road!

    Like · Reply · 1y

    Greg Geiger

    Like · Reply · 1y

twitter.com/stevemeltzer/status/991054651682345477

Apps finance - Google... Partnering Up Is B... (2) Miami Law Sch... sf-property-secur... Minimizing federal... Do Irrevocable Tru... Abusive Trust Tax...

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Steve Meltzer
@stevemeltzer

Judge Detonates Pro Se Law Student So Hard I Now Must Defend A Dumb Kid ift.tt/2JHXObH

4:40 PM · Apr 30, 2018 · IFTTT

Search Twitter

**Relevant people**

Steve Meltzer
@stevemeltzer
Follow
Husband, Father, Business, Real Estate & Non-profit Lawyer, Conservationist, Soccer Coach, Volunteer (& I have ridden my bike every day since 01/24/2011)

**Trends for you**

Trending in United States
Baker
Trending with: Baker Mayfield

Trending in MA
Medvedev
18.9K Tweets

Trending in United States
Matt Ryan
Trending with: Vikings, #Skol

Trending in United States
Saquon
Trending with: Barkley, Saquon Barkley

Trending in United States



