UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21339-CIV-MOORE

JONATHAN MULLANE,

       Plaintiff,

Vs.

FEDERICO A. MORENO,
ALISON W. LEHR,
BENJAMIN G. GREENBERG,
and LISA T. ROBERTS,
in their individual and official capacities,

       Defendants.
_____/

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendants, the Honorable Federico A. Moreno, United States District Judge, Alison W. Lehr, Benjamin G. Greenberg, and Lisa T. Roberts, by and through their undersigned counsel, file their Motion for Enlargement of Time to Respond to Complaint, and state:

On April 10, 2020, the United States Attorney was served by mail with a copy of the summons and complaint in this case.

On May 9, 2020, defendant Lisa Roberts was served with the summons and complaint. On May 13, 2020, defendant the Honorable Federico A. Moreno, United States District Judge, was served with the summons and complaint. On May 14, 2020, defendant Benjamin G. Greenberg was served with the summons and complaint. On May 23, 2020, defendant Alison Lehr was served with the summons and complaint.

Under Fed.R.Civ.P. 12(a)(3), "[a] United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United

States' behalf must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the officer or employee or service on the United States attorney, whichever is later."  Since the United States Attorney was served on April 10, 2020, the later service date is the date on which the individual defendants were personally served.  Thus, Judge Moreno has until July 12, 2020, to respond to the complaint; defendant Greenberg; defendant Roberts has until July 8, 2020; defendant Greenberg has until July 13, 2020; and defendant Lehr has until July 22, 2020.

Defendants believe it can submit a single response to the complaint by July 12, 2020. Consequently, defendants respectfully request an enlargement of time to July 12, 2020, for the four defendants to file their response to the complaint

### CERTIFICATE OF CONFERENCE

Pursuant to S.D.Fla.L.R. 7.1(a)(3), defendants' undersigned counsel conferred with plaintiff Jonathan Mullane on May 29, 2020, regarding his position on the instant motion. While Mr. Mullane did not necessarily agree that Fed.R.Civ.P. 12(a)(3) applied, he did not oppose the enlargement of time sought by defendants.

DATED:  June 1, 2020                     Respectfully submitted,

                                         ARIANA FAJARDO ORSHAN
                                         UNITED STATES ATTORNEY


                                    By:     s/ Dexter A. Lee
                                         DEXTER A. LEE
                                         Assistant U.S. Attorney
                                         Fla. Bar No. 0936693
                                         99 N.E. 4th Street, Suite 300
                                         Miami, Florida  33132
                                         (305) 961-9320
                                         Fax:  (305) 530-7139
                                         E-mail:  dexter.lee@usdoj.gov
                                         ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Plaintiff Jonathan Mullane was served via electronic mail at j.mullane@icloud.com.

                                             /s/ Dexter A. Lee
                                             DEXTER A. LEE
                                             Assistant U.S. Attorney