

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

JONATHAN MULLANE,　　　　　　　　　　Docket No. 1:20-CV-21339-KMM

　　　　*Plaintiff,*

v.

FEDERICO A. MORENO,
ALISON W. LEHR,
BENJAMIN G. GREENBERG,
and LISA T. ROBERTS,
in their individual and official capacities,

　　　　*Defendants.*
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT LISA T. ROBERTS

**TO THE CLERK OF THE HONORABLE COURT:**

　　NOTICE IS HEREBY GIVEN that Plaintiff Jonathan Mullane (hereinafter, "Plaintiff") hereby dismisses, without prejudice, all claims as to Defendant Lisa T. Roberts in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

At Cambridge, Massachusetts,　　　　　Respectfully submitted,
This 16th Day of June, 2020

　　　　　　　　　　　　　　　　　　　/s/ Jonathan Mullane
　　　　　　　　　　　　　　　　　　　JONATHAN MULLANE
　　　　　　　　　　　　　　　　　　　Plaintiff *pro se*
　　　　　　　　　　　　　　　　　　　30 Donnell Street
　　　　　　　　　　　　　　　　　　　Cambridge, MA 02138
　　　　　　　　　　　　　　　　　　　Tel.: (617) 800-6925
　　　　　　　　　　　　　　　　　　　j.mullane@icloud.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 16, 2020 he served a true copy of the foregoing filing to counsel for Defendants at the following electronic mail address: dexter.lee@usdoj.gov.

/s/ Jonathan Mullane
JONATHAN MULLANE

J. MULLANE
30 DONNELL STREET
CAMBRIDGE, MA 02138

BOSTON MA 021
17 JUN 2020 PM 7 L

USMS
INSPECTED
RECEIVED



JUN 23 2020
12:18 PM

33128-771699

CLERK OF COURT
UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVENUE
8TH FLOOR
MIAMI, FL 33128

