## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-21339-AKK

| | |
|---|---|
| JONATHAN MULLANE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FREDERICO A. MORENO, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The court has for consideration Jonathan Mullane's motion to amend the complaint, doc. 33, and the defendants' unopposed motion for an enlargement of time to respond to the amended complaint, doc. 34. Because courts "should freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a)(2), and the defendants do not oppose the proposed amendment, *see* doc. 34 at 1, Mullane's motion to amend, doc. 33, is **GRANTED**. The defendants' unopposed motion for an enlargement of time, doc. 34, is also **GRANTED**. Accordingly, Mullane shall file his first amended complaint, doc. 33 at 9-115, as a separate docket entry, and the defendants shall respond to the amended complaint within thirty days after Mullane files it.

**DONE** the 22nd day of July, 2020.

                                                                                       **ABDUL K. KALLON**
                                                           UNITED STATES DISTRICT JUDGE