UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JONATHAN MULLANE,

        *Plaintiff*,

v.

FEDERICO A. MORENO,
ALISON W. LEHR, and
BENJAMIN G. GREENBERG,
in their individual and official capacities,

        *Defendants*.

_____/

Docket No. 1:20-CV-21339-AKK



FILED BY _____ D.C.
JUL 23 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### PLAINTIFF'S RENEWED AND ASSENTED-TO MOTION FOR CM/ECF ACCESS AND FOR LEAVE TO FILE ELECTRONICALLY

COMES NOW Plaintiff Jonathan Mullane (hereinafter, "Mullane") in the above-captioned cause, and hereby respectfully moves this Honorable Court for an order directing the Clerk to grant CM/ECF access to the undersigned for the purpose of submitting filings electronically in this matter.

In support hereof, Plaintiff would show unto the Court as follows:

1. Rule 2C of the CM/ECF Administrative Procedures for the Southern District of Florida provides that parties appearing *pro se* shall not be granted CM/ECF access "unless otherwise allowed by court order[.]"

2. "Good cause" exists for the allowance of the instant motion. *Inter alia*, certain filings which have been electronically scanned and uploaded by the Clerk are erroneous, and are

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 20, 2020 he served a true copy of the foregoing filing to each Party herein via electronic correspondence addressed as follows: dexter.lee@usdoj.gov.

                                          /s/ Jonathan Mullane
                                          JONATHAN MULLANE

J. MULLANE
30 DONNELL STREET
CAMBRIDGE, MA 02138

BOSTON
MA 021
20 JUL 20
PM

USMS
INSPECTED RECEIVED



$0.50 0
US POSTAGE
FIRST-CLASS
JUL 23 2020
2:01 PM
PITNEY BOWES
2000 8874
02138
JUL 20 2020

CLERK OF COURT
UNITED STATES DISTRICT COURT
400 NORTH MIAMI AVENUE
8TH FLOOR
MIAMI, FL 33128

33128-771659