UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21339-AKK

| | |
|---|---|
| JONATHAN MULLANE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FREDERICO A. MORENO, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the court on Jonathan Mullane's renewed and assented-to motion for CM/ECF access and for leave to file electronically, doc. 40, renewed motion for referral to the volunteer attorney program, doc. 41, and stipulated motion for leave to file a second amended complaint, doc. 43.  First, after discussing the matter further the clerk's office, the renewed motion for CM/ECF access, doc. 40, is **DENIED**.

Next, Mullane asks the court to refer this case to the volunteer attorney program, citing his inability to retain local counsel due to the alleged prominence of the defendants and his contention that "the relative economic burden of retaining private counsel . . . is unduly burdensome."  Doc. 41 at 2-3.  Mullane is not proceeding in forma pauperis and does not attest that he cannot obtain counsel because he is unable to afford a lawyer.  *See* docs. 3; 41.  Moreover, "[a]ppointment

of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990) (citations omitted). This case is not so novel or complex to justify appointment of counsel, and, based on his pleadings, it is a case that Mullane seems very capable of litigating on his own. Accordingly, Mullane's motion for referral to the volunteer attorney program, doc. 41, is **DENIED**.

Finally, the defendants do not oppose Mullane's motion for leave to amend his complaint, doc. 43 at 4, and "[t]he court should freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a)(3). Thus, Mullane's motion to amend, doc. 43, is **GRANTED**. The Clerk is **DIRECTED** to file Mullane's second amended complaint, doc. 43-1, as a separate docket entry. The defendants' response is due thirty days after the second amended complaint is docketed.

**DONE** the 19th day of August, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE