UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21339-AKK

| | |
|---|---|
| **JONATHAN MULLANE,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **FREDERICO A. MORENO, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This action is before the court on the plaintiff's motion for costs of service, doc. 54, and the defendants' motion to dismiss, doc. 56. The parties' responses to the motions are due by **November 9, 2020**. The parties' replies, if any, are due by **November 16, 2020**.

**DONE** the 26th day of October, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE