**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-21339-CIV-MOORE**

JONATHAN MULLANE,

    **Plaintiff,**

v.

FEDERICO A. MORENO, et al.,

    **Defendants.**

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION**
**FOR COSTS OF SERVICE**

1. On March 27, 2020, the plaintiff, pro se, filed a Complaint against the Honorable Federico A. Moreno, United States District Judge, Benjamin G. Greenberg, Alison W. Lehr and Lisa Roberts in both their official and individual capacities (DE 1).

2. Although not recorded on the docket sheet, on May 9, 2020, all four defendants received service of process of the original Complaint (DE 54-1, pp. 4 – 7).

3. On June 23, the plaintiff terminated his case against defendant Roberts when he filed a notice of voluntary dismissal (DE 32).

4. On August 19, 2020, the plaintiff added defendant Roberts when he filed a Second Amended Complaint (DE 45).

5. In response to plaintiff's request of defense counsel whether defendant Roberts would waive service of the Second Amended Complaint which added her as a new defendant, the defense authorized the plaintiff to serve Roberts by certified mail at the United States Attorneys office as he had already served her on the original case he voluntarily dismissed against her. Plaintiff then incurred only the cost of certified postage to serve Roberts with the Second Amended Complaint.

Since the other defendants Moreno, Greenberg and Lehr were already in the first amended complaint, the plaintiff did not need to serve them again.

6. On October 16, 2020, the plaintiff filed a verified motion for costs of service seeking the cost of service pursuant to Fed. R. Civ. P. 4(d)(2)(A) in the amount of $95 each for service on defendants Moreno, Greenberg, and Roberts; and $165 for service on defendant Lehr (DE 54, 54-1, pp. 4 – 7).

7. Rule 4(c) provides the process of service and Rule 4(d) provides for waiver of service. The plaintiff voluntarily dismissed defendant Roberts from the original complaint. He acknowledged his duty under Rule 4 to serve her with the Second Amended Complaint since she was no longer in the case. The defense agreed to accept service for defendant Roberts via certified mail to save costs of a process server. Plaintiff then served defendant Roberts by certified mail delivered to the office of defense counsel.

8. Since the defendants, all sued in both their official and individual capacities, exercised their right to service of process under Rule 4(c), the defense will assume the cost of service for each of the four defendants at the rate submitted on the four Proofs of Service forms attached to the plaintiff's motion for cost of service for a total of $450—the total of the quantifiable costs the plaintiff has sought to resolve the costs of service (DE 54-1, pp. 4-7).

Respectfully submitted,

**ARIANA FAJARDO ORSHAN**
**UNITED STATES ATTORNEY**

By: **/s/*Dexter A. Lee***
Dexter A. Lee
Assistant United States Attorney
Fla. Bar No. 0936693
E-mail: Dexter.Lee@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, FL 33132

2

/s/*Karin D. Wherry*
Karin D. Wherry
Assistant United States Attorney
Fla. Bar No. 509530
E-mail: Karin.Wherry@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, FL 33132
Tel: (305) 961-9016

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Plaintiff Jonathan Mullane was served via electronic mail at j.mullane@icloud.com.

/s/*Dexter A. Lee*
Dexter A. Lee
Assistant United States Attorney