UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21339-AKK

| | |
|---|---|
| **JONATHAN MULLANE,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **FREDERICO A. MORENO, et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the court on Johnathan Mullane's motion for leave to file a surreply. Doc. 69. Surreplies are generally disfavored and unnecessary, especially when, as here, they reiterate arguments already raised in a response brief. *See Patent Licensing and Investment Co., LLC v. Green Jets Inc.*, 2013 WL 12250542, at *1, n.1 (S.D. Fla. Feb. 26, 2013) (citations omitted). Accordingly, Mr. Mullane's motion, doc. 69, is **DENIED**.

**DONE** the 4th day of January, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE
