UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21339-AKK

| | |
|---|---|
| JONATHAN MULLANE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FREDERICO A. MORENO, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Jonathan Mullane's motion for an extension of time to respond to the motion to dismiss, doc. 59, is **MOOT**. The defendants' motion for an extension of time to respond to Mullane's motion to supplement the record, doc. 76, is **DENIED**. Mullane's motion to supplement the record, docs. 73; 75, is **GRANTED**, and the court has considered the documents attached to the motion, docs. 75-1; 75-2.

In accordance with the memorandum opinion issued contemporaneously herewith, doc. 77, Mullane's motion for leave to amend Count XI of the complaint, docs. 61 at 34-35; 62, is **DENIED** as futile, his motion for limited scope-of-employment discovery, docs. 61 at 31-32; 62, is **DENIED**, and his cross-motion for judicial notice, docs. 61 at 32-34; 62, is **GRANTED**.

The defendant's motion to dismiss, doc. 56, is **GRANTED**. Accordingly, the court **ORDERS** that:

(1) The claims against fictitious defendants Does 1-10 are **DISMISSED WITHOUT PREJUDICE**;

(2) All claims against Judge Frederico A. Moreno are **DISMISSED WITH PREJUDICE**, and Judge Moreno is **DISMISSED** as a defendant in this action;

(3) The RICO (Count I) and RICO conspiracy (Count II) claims are **DISMISSED WITHOUT PREJUDICE**;

(4) The § 1985(3) (Count XI), § 1986 (Count XII), *Bivens* (Count XIII), and *Bivens* conspiracy (Count XIV) claims are **DISMISSED WITH PREJUDICE**; and

(5) The United States is substituted for Alison W. Lehr, Benjamin G. Greenberg, and Lisa T. Roberts as the defendant in the state law claims (Counts III, IV, V, VI, VII, VIII, IX, X, XVI, XVII, XVIII, and XIX). Thus, Lehr, Greenberg, and Roberts are **DISMISSED** as defendants in this action.

Finally, Mullane's motion for a status conference and scheduling conference, doc. 74, is **DENIED** to the extent that Mullane requests a conference with the court. The motion is **GRANTED** to the extent that Mullane requests an order requiring the parties to meet for the purposes prescribed by Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b). The court **ORDERS** the parties to file their Rule 26(f) report and joint proposed scheduling order by **July 30, 2021**.

**DONE** the 29th day of June, 2021.

*/s/ Abdul Kallon*
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE