UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

_Jonathan Mullane_, Plaintiff,

vs.

Case No. _1:20-cv-21339_

_Federico A. Moreno, et al._, Defendant(s)

FILED BY _JM_ D.C.

JAN 06 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Motion For Referral To Volunteer Attorney Program

I, _Jonathan Mullane_, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: _[signed]_
Printed name: _JONATHAN MULLANE_
Address: _30 Donnell Street_
_Cambridge, Massachusetts 02138_

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/(other)] on [date] on all counsel or parties of record on the Service List below.   _January 1, 2026_

Signature: _[signed]_
Printed name: _JONATHAN MULLANE_

**SERVICE LIST**
Attorney or Party Name     _Anthony Erickson-Pogorzelski_
Attorney or Party E-mail Address   _Anthony.Pogorzelski@usdoj.gov_
Firm Name  _U.S. Attorney's Office, Southern District of Florida_
Street Address City, State, Zip Code  _99 N.E. 4th Street, Miami, Florida 33132_
Telephone: (xxx) xxx-xxxx   _(305) 961-9001_
Facsimile: (xxx) xxx-xxxx   _(305) 530-7679_
Attorneys for Plaintiff/(Defendant)

JONATHAN MULLANE
30 Donnell Street
Cambridge, MA 02138-1352

BOSTON MA 020

2 JAN 2026   PM 9 L

REC'D BY_____ D.C.
JAN 06 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

WILKIE D. FERGUSON, JR. U.S. COURTHOUSE

400 NORTH MIAMI AVENUE

ROOM 8N09

MIAMI, FLORIDA 33128

331285$1805 C071