**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cv-21339-LB**

| | |
|---|---|
| **JONATHAN MULLANE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERICO A. MORENO,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**<u>ORDER</u>**

This matter is scheduled for a status conference at 10:00 a.m. on February 24, 2026, in Courtroom #2 on the 11th Floor of the James Lawrence King Federal Justice Building, 99 N.E. 4th Street in Miami, Florida. (Doc. 122). Plaintiff Jonathan Mullane, who lives in Cambridge, Massachusetts, moves to conduct the hearing by videoconference. (Doc. 123).

The Court's practice is to conduct hearings on substantive matters in person. As noted before, the February 24 conference will address "the status of this matter, all pending motions, the judgment of the United States Court of Appeals for the Eleventh Circuit issued on 8-5-2025, and the matter of entering a new scheduling order." (Doc. 121). These issues are not mere housekeeping: they concern the scope and effect of the Eleventh Circuit's opinion, the course of further proceedings in the

case, and the disposition of Mullane's renewed motions for referral to the volunteer attorney program.

Moreover, this case lies in the Southern District of Florida because that's where Mullane chose to sue. By invoking this Court's jurisdiction, he assumed the ordinary burdens of litigating in his forum of choice, including the duty to appear in person for court-ordered hearings. Whatever inconvenience might arise from his decision to sue in Florida is self-imposed. If Mullane does not wish to appear personally, he may hire an attorney admitted in the District to litigate the case on his behalf.

Plaintiff's Omnibus Motion to Convert February 24, 2026 Status Conference to a Videoconference Hearing (Doc. 123) is therefore **DENIED**.

**DONE** and **ORDERED** this February 12, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE