UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-21339-LB

| | |
|---|---|
| JONATHAN MULLANE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERICO A. MORENO, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

    This case is scheduled for a status conference tomorrow morning in the James Lawrence King Federal Justice Building in Miami, Florida (doc. 122); Jonathan Mullane, who filed this case pro se, lives in Cambridge, Massachusetts. (Doc. 123 at 1). As the Court explained in its latest order, the issues on the agenda for tomorrow's hearing are not just the housekeeping issues of a typical status conference but substantive matters on "the status of this matter, all pending motions, the judgment of the United States Court of Appeals for the Eleventh Circuit issued on 8-5-2025, and the matter of entering a new scheduling order." (Doc. 126).

    Yesterday morning, the Governor of Massachusetts declared a state of emergency throughout the Commonwealth in anticipation of "a powerful winter storm" that's forecast to inundate the area with as much as two feet of snow and pummel the state with gale-force winds. COMMONWEALTH OF MASSACHUSETTS,

Governor's Declaration of Emergency (Feb. 22, 2026, at 9:45 AM ET), https://www.mass.gov/doc/declaration-of-emergency-feb-2026/download. The storm, which began last night, is expected to continue into tomorrow.

This morning, then, the Court received the following e-mail at its chambers' address from Mullane's father:

> Dear Clerk:
>
> As you are aware, my son Jonathan does not have email access, and is not represented by counsel in this case. Due to the last-minute nature of this request, Jonathan has requested that I contact chambers on his behalf. Counsel for the Defendants is being copied on this message.
>
> In light of the state of emergency declared in Massachusetts due to the ongoing storm, Jonathan is unable to travel to Florida for the scheduled hearing this week. He sincerely apologizes to the Court for the inconvenience. Assuming that the Court is disinclined to hold the hearing via Zoom, please advise if the in-person hearing can be rescheduled in several weeks' time.
>
> Thank you for your consideration and attention to this matter.
>
> Sincerely,
>
> E. Peter Mullane, Esquire

But the Court does not entertain requests by e-mail; Rule 7(b)(1) of the Federal Rules of Civil Procedure mandates that all "request[s] for a court order must be made by motion." No motion to reschedule the hearing is pending.

But even if Mullane were to file such a motion, it would be denied. The Court understands the difficulties of traveling during the state of emergency, and more often than not a nor'easter would be reason enough to postpone a hearing. But Mullane has known about this hearing since February 2, (doc. 121), and he's known since February 12 that he would have to be here in person (doc. 126). This storm was no surprise; it has been in the forecast since late last week. *See, e.g.*, Anne Erickson, *Winter Storm Warnings Linger for 10 States Expecting 12 Inches of Snow*, YAHOO! NEWS (FEB. 19, 2026, AT 11:13 PM CST), https://www.yahoo.com/news/articles/winter-storm-warnings-linger-10-051302151.html.

Only now, on the eve of the hearing, does Mullane ask to reset the hearing. But the Court and its staff have already flown from out of state to push forward with a six-year-old case that Mullane himself chose to file in Florida. And while the Court flew from halcyon Alabama—because Mullane moved for reassignment to an out-of-district judge (*see* docs.18 & 35)—the Court's clerk, who works remotely from New Hampshire, left early enough through Boston Logan International Airport to account for the weather and make sure he would be in Miami in time for the court-appointed hearing.

Mullane too was ordered to attend the hearing, and with planning he could easily have avoided the weather and made it to Miami to be there for it. He's had

plenty of time to arrange for transportation from Boston to Miami—by train, by plane, or by automobile—and plenty of time to get there.

Tomorrow's hearing will therefore proceed as scheduled.

**DONE** and **ORDERED** this February 23, 2026.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE