# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-21339-LB

| | |
|---|---|
| **JONATHAN MULLANE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERICO A. MORENO,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court are Jonathan Mullane's Motions for Referral to Volunteer Attorney Program. (Docs. 111 & 117). Mullane has already twice moved for a referral to the Volunteer Attorney Program (docs. 3 & 41), and both times his motions were denied (docs 16 & 44). The first motion was denied because "the facts and issues of the matter [were] straightforward" and no referral was "warranted." (Doc. 16). The second request was denied for much the same reasons: "This case is not so novel or complex to justify appointment of counsel, and, based on his pleadings, it is a case that Mullane seems very capable of litigating on his own." (Doc. 44)

If the issues were straightforward before, then they're even more so after the Eleventh Circuit's decision. (Doc. 59-1). Mullane's Motions for Referral to Volunteer Attorney Program (docs. 111 & 117) are therefore **DENIED**.

**DONE** and **ORDERED** this February 26, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE