UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20cv21339

JONATHAN MULLANE,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____/

DECLARATION OF ALISON FRYD

I, Alison Fryd (nee Lehr), do hereby declare and state as follows:

1.  I am over the age of 18 and am otherwise competent to give this Declaration.
2.  I served as an Assistant United States Attorney for the Southern District of Florida from July 1998 until July 2020.
3.  In the spring of 2018, I worked with Plaintiff, Jonathan Mullane, at the United States Attorney's Office.
4.  Mullane was working as a student intern.
5.  I did not ask Mullane to obtain a copy of the April 10, 2018, hearing transcript in in his personal case before Judge Moreno, *Mullane v. Barclays Bank Delaware, Inc.*, 18cv20596 (S.D. Fla.).
6.  I did not ask Mullane to send me a copy of the transcript.
7.  Nonetheless, on April 17, 2018, Mullane emailed me a pdf version of the transcript.
8.  This was the first time I received a copy of the transcript.
9.  I have never transmitted a copy of the transcript, or any other court documents relating to Mullane, to the press, including, but not limited to, Law360, Above the Law, and Universal Hub.

Pursuant to 28 U.S.C. § 1746(2), I declare (or cerify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of March, 2026.

Alison Lehr Fryd