UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20cv21339

JONATHAN MULLANE,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

_____/

## DECLARATION OF ADAM GAFFIN

I, Adam Gaffin, do hereby declare and state as follows:

1. I am over the age of 18 and am otherwise competent to give this Declaration.

2. I am the author of the article In Pursuit of law license, Cambridge man files suits against federal judge, former US attorney, Massachusetts Board of Bar Examiners and two Web sites, which was published on Universal Hub on August 6, 2020.

3. Prior to publishing the article, I did not have any direct communication with Alyson Fryd (formerly Lehr) and did not receive any documents from her.

Pursuant to 28 U.S.C. § 1746(2), I declare (or cerify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on this 24 day of March, 2026.