*EOUSA Vaughn Index*

*Mullane v. Department of Justice, et al., Civil Action No.: 1:19-cv-12379*

| BATES NUMBER | DESCRIPTION | EXEMPTION |
|---|---|---|
| | | personal privacy," when not outweighed by a countervailing public interest.<br><br>This document contains an email address of private individuals and/or government employees acting in their official capacity, the disclosure of which could reasonably be expected to "constitute an unwarranted invasion of personal privacy." Disclosure of this information could subject him/her to harassment both in the conduct of their official duties and private life. The individuals' substantial privacy interests outweigh any purported public interest in disclosure in these circumstances. |
| 01819 | Email from AUSA Alison Lehr to Extern-Plaintiff thanking him for providing his final timesheet. | Released in Part<br><br>Exemption (b)(6) – Personal Privacy<br><br>Exemption 6 is asserted to protect from disclosure any information that could "constitute an unwarranted invasion of personal privacy," when not outweighed by a countervailing public interest.<br><br>This document contains direct telephone and facsimile numbers of private individuals and/or government employees acting in their official capacity, the disclosure of which could reasonably be expected to "constitute an unwarranted invasion of personal privacy." Disclosure of this information could subject him/her to harassment both in the conduct of their official duties and private life. The individuals' substantial privacy interests outweigh any purported public interest in disclosure in these circumstances. |
| 01987 – 02066 | Email forwarded from AUSA Alison Lehr's USAO email address to her personal email address. | Released in Part<br><br>Exemption (b)(6) – Personal Privacy |

*EOUSA Vaughn Index*

*Mullane v. Department of Justice, et al.*, *Civil Action No.: 1:19-cv-12379*

| BATES NUMBER | DESCRIPTION | EXEMPTION |
|---|---|---|
| | 79-page Plaintiff's Verified First Amended Complaint and Demand for Trial by Jury, as filed by Plaintiff. This record is public and was released in full. | Exemption 6 is asserted to protect from disclosure any information that could "constitute an unwarranted invasion of personal privacy," when not outweighed by a countervailing public interest.<br><br>This document contains direct telephone number of private individuals and/or government employees acting in their official capacity, the disclosure of which could reasonably be expected to "constitute an unwarranted invasion of personal privacy." Disclosure of this information could subject him/her to harassment both in the conduct of their official duties and private life. The individuals' substantial privacy interests outweigh any purported public interest in disclosure in these circumstances. |
| 02152 – 02196 | Email to Trial Attorney for DOJ's Civil Division Connor Hackert to AUSA Alison Lehr transmitting recent filings by Plaintiff.<br><br>3-page Plaintiff's Motion for Leave to Submit an Amended Complaint and Incorporated Memorandum of Law. This is a public document and was released in full.<br><br>41-page Plaintiff's Proposed Second Amedned Complaint and Demand for Trial by Jury. This document was released in full. | Released in Part<br><br>Exemption (b)(6) – Personal Privacy<br><br>Exemption 6 is asserted to protect from disclosure any information that could "constitute an unwarranted invasion of personal privacy," when not outweighed by a countervailing public interest.<br><br>This document contains direct telephone and facsimile numbers of private individuals and/or government employees acting in their official capacity, the disclosure of which could reasonably be expected to "constitute an unwarranted invasion of personal privacy." Disclosure of this information could subject him/her to harassment both in the conduct of their official duties and private life. The individuals' substantial privacy interests outweigh any purported public interest in disclosure in these circumstances. |