## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-21339-LB

| | |
|---|---|
| JONATHAN MULLANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERICO A. MORENO, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### <u>ORDER</u>

Before the Court is Plaintiff Jonathan Mullane's Opposition to Defendant Lehr's Scope-of-Employment Certification and the Government's Response. (Docs. 139 & 141). The Court hereby **SETS** this matter for an in-person hearing on **April 28, 2026, at 10:00 a.m.** in the Sidney M. Aronovitz U.S. Courthouse at 301 Simonton Street in Key West, Florida 33040. The Court will hear argument on the parties' briefs concerning Mullane's opposition to Lehr's scope of employment and will decide what discovery, if any, will be permitted in this action.

**DONE** and **ORDERED** this April 7, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE