# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:20-cv-21339-LB

JONATHAN MULLANE,                )
                                 )
    **Plaintiff,**          )
                                 )
v.                               )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
    **Defendant.**          )

### <u>MEMORANDUM</u>

On May 21, 2026, Plaintiff Jonathan Mullane filed a Notice of Voluntary Dismissal Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 145). Plaintiffs may dismiss a lawsuit voluntarily by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, except in suits involving class or derivative actions, unincorporated associations, receiverships, or any other applicable federal statute. FED. R. CIV. P. 41(a)(1)(A)(i). None of these exceptions apply in this case.

Because the plaintiff has filed a notice of dismissal before the opposing party served either an answer or a motion for summary judgment, the case was dismissed without prejudice immediately upon filing of the notice. *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (holding that a proper notice of dismissal under Rule

41(a)(1)(A)(i) "is effective immediately upon filing . . . and no subsequent court order is required."

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** this May 26, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE